HARTWELL v. McPHILLIPPS MFG. CO. (1 Div. 496.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

SAMFORD, J. Appeal dismissed.

(94 South. 925)

HASTINGS v. SMITHERMAN. (6 Div. 100.) (Court of Appeals of Alabama. Nov. 30, 1922.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Ernest L. Hargrave, of Fairfield, for appellant. A. G. Esslinger, of Huntsville, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(96 South. 941)

HATFIELD v. STATE. (8 Div. 38.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

FOSTER, J. Appeal dismissed.

(96 South. 941)

HENDERSON v. STATE. (6 Div. 117.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

FOSTER, J. Affirmed.

(94 South. 925)

HENDRIX v. STATE. (6 Div. 976.) (Court of Appeals of Alabama, Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

BRICKEN, P. J. Appeal dismissed.

(96 South. 941)

HENRY v. STATE. (6 Div. 116.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

SAMFORD, J. Affirmed.

(98 South. 923)

Jessie HERRING v. STATE. (5 Div. 458.) (Court of Appeals of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

FOSTER, J. Appeal dismissed on motion of appellant.

(98 South. 923)

Van HERRING v. STATE. (7 Div. 991.) (Court of Appeals of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge. Prosecution for distilling.

SAMFORD, J. Appeal dismissed.

(95 South. 924)

HESTER v. STATE. (7 Div. 820.) (Court of Appeals of Alabama. Jan. 30, 1923.) Appeal from Circuit Court, Randolph County; Lum Duke, Judge.

BRICKEN, P. J. Affirmed.

(96 South. 941)

HESTER v. STATE. (7 Div. 886.) (Court of Appeals of Alabama. June 5, 1923.) Appeal from Circuit Court, Randolph County; S. L. Brewer, Judge.

FOSTER, J. Affirmed.

(98 South. 923)

Eli HESTER v. STATE. (5 Div. 488.) (Court of Appeals of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Chambers County; S. L. Brewer, Judge.

SAMFORD, J. Appeal dismissed.

(95 South. 924)

HOLLINGSWORTH v. STATE. (7 Div. 852.) (Court of Appeals of Alabama. Jan. 16, 1923.) Appeal from Circuit Court, Talladega County; A. P. Agee, Judge.

BRICKEN, P. J. Appeal dismissed.

(98 South. 923)

Fannie HORTON v. STATE. (6 Div. 280.) (Court of Appeals of Alabama. Jan. 15, 1924.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

SAMFORD, J. Affirmed.
FOSTER, J., not sitting.

(99 South. 925)

G. B. HOVATER v. Frank REED. (8 Div. 77.) (Court of Appeals of Alabama. Feb. 19, 1924.) Appeal from Circuit Court, Franklin County; Chas. P. Almon, Judge.

BRICKEN, P. J. Affirmed on certificate.

(99 South. 925)

Roy HOWARD v. STATE. (5 Div. 471.) (Court of Appeals of Alabama. April 22, 1924.) Appeal from Circuit Court, Chilton County; George F. Smoot, Judge. Violating prohibition law.

BRICKEN, P. J. Appeal dismissed.

(95 South. 924)

HOWELL v. STATE. (6 Div. 111.) (Court of Appeals of Alabama. March 13, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Luther Patrick, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed by appellant.